JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WILMA GABRIELA CASTILLO BLANDON,
Petitioner,
v.
FERETI SEMAIA,
Respondents.

Case No. 5:26-cv-06597-SP

**JUDGMENT**

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: November 25, 2026

SHERI PYM
United States Magistrate Judge